UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-2757-GW-ASx | Date | July 18, 2024 |
|---|---|---|---|
| Title | *Alicia Jimenez v. FCA US LLC, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Miriam Baird | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Otis Hayes III    Jon E. Drucker

**PROCEEDINGS:    TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR REMAND TO STATE COURT [11]; and SCHEDULING CONFERENCE**

Court and counsel confer. The matter is not resolved.

Court hears further argument on Plaintiff's Motion. Based on the Court's Tentative Ruling issued on June 25, 2024 [28], and for reasons stated on the record, Plaintiff's Motion is DENIED.

Court and counsel discuss scheduling. The Court sets the following dates:

1.  No further amendments will be granted. Any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

3.  All regular discovery will be completed by December 6, 2024.  By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4.  All expert discovery will be "completed" (as described above) by January 17, 2025.  The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5.  The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is February 20, 2025.

6.  The pre-trial conference will be held on March 20, 2025 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 9).

:    10

Initials of Preparer    JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-2757-GW-ASx | Date | July 18, 2024 |
|---|---|---|---|
| Title | *Alicia Jimenez v. FCA US LLC, et al.* | | |

7.  Court Trial will begin on April 1, 2025 at 9:00 a.m.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | JG | |