UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-2757-GW-ASx | Date | March 19, 2025 |
|---|---|---|---|
| Title | *Alicia Jimenez v. FCA US LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Status Report re Settlement [38] was filed on March 19, 2025 indicating settlement was reached. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for May 22, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on May 21, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |